# EXHIBIT C

S580

# Ambassador Legal Services
290 West Mt. Pleasant Ave, Suite 2260
Livingston, NJ 07039
Tel. 800-486-9868  Fax. 973-629-1233

| Bill To: | Eric Boron Esq<br>Nationwide Insurance (NY)<br>c/o Mura & Storm PLLC<br>930 Rand Building, 14 Lafayette Square<br>Buffalo, NY 14203 | Invoice #:<br>Invoice Date:<br>Balance Due: | AMB152727<br>02/24/2014<br>$ 909.35 |
|---|---|---|---|

| Case: | Nick's Garage, Inc. v. Nationwide Mutual Ins. Co. | Adjuster | Susan Luquis |
|---|---|---|---|
| Job #: | 215777 | Job Date: 01/22/2014 | Delivery: Normal | Claim # | 6631P89823503130701 |
| Billing Atty: | Eric Boron Esq | Claimant ID | |
| Location: | Nationwide Office<br>225 Greenfield Pkwy | Ste. 201 | Liverpool, NY 13088 | Coverage Ty<br>DOL | 2/28/11 |
| Sched Atty: | Mura & Storm PLLC | Eric Boron, Esq | Matter # | |
| Deposing Att | Eric Boron, Esq | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Larry R. Zaleppa | Transcript - Original & 1 copy | Page | 164.00 | $3.95 | $647.80 |
| 2 | Gregory J. Desso | Transcript - Original & 1 copy | Page | 49.00 | $3.95 | $193.55 |
| 3 | Larry R. Zaleppa | Attendance Fee (appearance) | | 1.00 | $50.00 | $50.00 |
| 4 | | Shipping & handling | Package | 1.00 | $18.00 | $18.00 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $909.35 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3134905 | Term: Net 30 | Balance Due: | $909.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 105 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

RECEIVED 4/14/14

Make check payable to:
**Ambassador Legal Services**
290 West Mt. Pleasant Ave, Suite 2260
Livingston, NJ 07039

For more information on charges related to our services please consult www.verilext.com/serviceinfo

| Invoice #: | AMB152727 |
|---|---|
| Job #: | 215777 |
| Invoice Date: | 02/24/2014 |
| Balance : | $909.35 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**