**EXHIBIT D**

55 80

# Ambassador Legal Services
290 West Mt. Pleasant Ave, Suite 2260
Livingston, NJ 07039
Tel. 800-486-9868  Fax. 973-629-1233

| Bill To: | Eric Boron Esq<br>Nationwide Insurance (NY)<br>930 Rand Road<br>Buffalo, NY 14203 | Invoice #:<br>Invoice Date:<br>Balance Due: | AMB153828<br>03/24/2014<br>$ 1,032.75 |
|---|---|---|---|

| Case: | Nick's Garage, Inc. v. Nationwide Mutual Ins. Co. | Adjuster | Susan Luquis |
|---|---|---|---|
| Job #: | 216708  Job Date: 02/26/2014  |  Delivery:  Normal | Claim # | 6631P89823503130701 |
| Billing Atty: | Eric Boron Esq | Claimant ID | |
| Location: | Action Reporting<br>211 W. Jefferson | 2nd Fl. | Syracuse, NY 13202 | Coverage Ty<br>DOL | <br>2/28/11 |
| Sched Atty: | Mura & Storm PLLC | Eric Boron, Esq | Matter # | |
| Deposing Att | Eric Boron, Esq | | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1. | Fredrick Jennings | Transcript - Original & 1 copy | Page | 215.00 | $3.95 | $849.25 |
| 2. | | Attendance Fee (appearance) | | 1.00 | $50.00 | $50.00 |
| 3. | | Medical/Technical/Expert surcharge | | 215.00 | $0.50 | $107.50 |
| 4. | | Electronic Service Charge | Package | 1.00 | $26.00 | $26.00 |

Notes:

| | | Invoice Total: | $1,032.75 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| | | Interest: | $0.00 |
| Fed. Tax ID: 20-3134905 | Term: Net 30 | Balance Due: | $1,032.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 78 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

RECEIVED 6/14/14

For more information on charges related to our services please consult www.veritext.com/serviceinfo

Make check payable to:
**Ambassador Legal Services**
290 West Mt. Pleasant Ave, Suite 2260
Livingston, NJ 07039

| Invoice #: | AMB153828 |
|---|---|
| Job #: | 216708 |
| Invoice Date: | 03/24/2014 |
| Balance : | $1,032.75 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**