# EXHIBIT E

# EconoLogistics
"Consultants to Business and Law"

Post Office Box 946  
Ipswich, Massachusetts 01938

Phone: (978) 356-2188  
Cell:  (617) 605-3150

## *Orso Case: Nationwide Deposition Invoice (Re-Revised)*
(through 28 February 2014)

Ms. Cecelia Cannon  19 May 2014
**Bousquet Holstein PLLC**
110 West Fayette Street
One Lincoln Center, Suite 900
Syracuse, New York 13202-1387

**Deposition charges** (to be billed to Nationwide Insurance Companies):

| | | |
|---|---|---|
| Research hours (2/20/14) | 2.0 hours | **$500.00** |
| Deposition time (2/26/14) | 6.0 hours | **$1,500.00** |
| Computer time (2/20/14 @ $10.00/hour) | 2.0 hours | $20.00 |
| Copying/Printing/Fax Scan (@ $0.10/page) | 175 pages | $17.50 |
| Travel time (2/24/14 and 2/27/14 @ $100/hour) | 14.0 hours | $1,400.00 |
| Travel mileage (2/27/14 @ $0.50/mile) | 700 miles | $350.00 |
| Tolls (2/24/14 and 2/27/14: Mass Pike and NY Thruway) | | 26.22 |
| Meals (2/26/14 and 2/27/14) | 2 meals | $93.56 |
| Hotel accommodations (2/25/14 and 2/26/14) | $190.97/night | $381.94 |

**Total deposition charges**:  **$4,289.22**

**Total amount currently due**:  **$4,289.22**

*Thank you very much!*

Frederic B. Jennings, Jr.

*If you have any questions about this invoice, please do not hesitate to contact me.*