UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand and eighteen.

Before:     Pierre N. Leval,
        Raymond J. Lohier, Jr.,
          *Circuit Judges*,
        Edward R. Korman,
          *District Judge*.*

_____

Nick's Garage, Inc.,

    Plaintiff - Appellant,

v.

Nationwide Mutual Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide General Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Property and Casualty Insurance Company, Nationwide Insurance Company of America,

    Defendants- Appellees.

_____

**ORDER**

Docket No. 15-1445

    Appellant filed an application for costs pursuant to Local Rule 39.1. Appellees filed an objection to the application.

    IT IS HEREBY ORDERED that the application for the costs of the appeal is DEFERRED to abide the outcome, and REFERRED to the District Court.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____

*Judge Edward R. Korman, of the United States District Court for the Eastern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 02/22/2018