

**MURA&STORM**

ROY A. MURA
SCOTT D. STORM*
KRIS E. LAWRENCE
DANIEL S. GVERTZ
PATRICIA A. FAY
SCOTT D. MANCUSO
RYAN M. MURA

*Also admitted in PA

930 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NEW YORK 14203
(716) 855-2800
(716) 855-2816 (FAX)
www.muralaw.com
nycoveragecounsel.blogspot.com

LEGAL ASSISTANTS
RENEE ESPINOSA

ANNA-LISA BONVENTRE
Of Counsel

May 16, 2018

**VIA ECF**

United States District Court
James T. Foley U.S. Courthouse
445 Broadway, 1st Floor South
Albany, NY  12207-2936

      Re: *Nick's Garage, Inc. v. Nationwide Mut. Ins. Co., et al.*
           Civil Action No.:  12-CV-0868 (MAD/DEP)
           Our File No.:  5580

Dear Clerk of the Court:

      Please be advised that attorney Eric T. Boron, Esq. has left my firm and no longer is handling this above-referenced matter.  Kindly remove him from the case at your earliest convenience.

      Thank you for your anticipated cooperation.

                            Respectfully submitted,

                            **MURA&STORM, PLLC**

                            s/Roy A. Mura
                            Roy A. Mura
                            (Bar Roll # 502176)

RAM/re

    cc:    Cecelia R.S. Cannon, Esq. (via ECF)